UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

WILLIAM E. GLASS, individually and on          *
behalf of all others similarly situated,        *
                                                 *
     Plaintiffs,                                *
                                                 *          CASE NO. 3:05cv-145-B-A
vs.                                              *
                                                 *
BEVERLY ENTERPRISES, INC., ET AL.,              *
                                                 *
     Defendants.                              *
                                                 *
                                                 *

## MOTION TO DISMISS FOR FAILURE TO PROVIDE
## WRITTEN NOTICE OF INTENTION TO BEGIN THE ACTION

COME NOW, all defendants in the above-styled case, and move this Court, pursuant to the Miss. Code Ann. § 15-1-36(15), to dismiss the claims of Ann Rutherford in her representative capacity for John Wayne Dobbs, for her failure to provide the defendants with written notice of her intention to begin this action.[1] As grounds, the defendants show the Court as follows:

1.    Miss. Code Ann. § 15-1-36(15) provides that "[n]o action based upon the health care provider's professional negligence may be begun unless the defendant has been given at least sixty (60) days' prior written notice of the intention to begin the action."

2.    The defendants have no record of any prior written notice of Ms. Rutherford's intention to begin the action. *See* Affidavit of Charles Small, attached hereto as Exhibit A.

---

[1]    There is no such corporate entity as Beverly Healthcare, Inc. Furthermore, William R. Floyd and David R. Devereaux each appear specially, and each reserves his defense of lack of personal jurisdiction.

WHEREFORE, the defendants request that the Court dismiss the claims of Ann Rutherford in her representative capacity for John Wayne Dobbs, for her failure to provide the defendants with written notice of her intention to begin this action.


*s/ Robert B. McGinley, Jr.*
PAMELA A. MOORE (MS# 100620)
CHARLES J. POTTS (MS# 101387)
ROBERT B. McGINLEY, JR. (MS# 101687)
Attorneys for Beverly Enterprises, Inc.; Beverly Health and Rehabilitation Services, Inc.; Beverly Enterprises-Mississippi, Inc.; William R. Floyd and David R. Devereaux


OF COUNSEL:

ALFORD, CLAUSEN & McDONALD, LLC
One St. Louis Centre, Suite 5000
Mobile, Alabama 36602
(251) 432-1600
(251) 432-1700 (fax)


CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

John D. Giddens, Esq.
Post Office Box 22546
Jackson, Mississippi 39225-2546

Philip W. Thomas, Esq.
Philip W. Thomas, P.A.
747 North Congress Street
Jackson, Mississippi 39202

2

Pieter Teeuwissen, Esq.
The Law Firm of Pieter Teeuwissen
Post Office Box 16787
Jackson, Mississippi 39225

John E. Wade, Jr., Esq.
Brian C. Kimball, Esq.
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, Mississippi  39205


> *s/ Robert B. McGinley, Jr.*
> COUNSEL